■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DOMMERMUTH PETROLEUM EQUIPMENT AND MAINTENANCE CORPORATION et al., Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAMES DOMMERMUTH, Respondent. — Motion for reargument denied. Motion for permission to appeal to the Court of Appeals referred to Presiding Justice Mahoney (see CPL

460.20) who makes the following decision: Motion denied as untimely made (CPL 460.10, subd 5, par [a]). Mahoney, P. J., Sweeney, Kane, Main and Casey, JJ., concur.